UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IRA RAY DEAN HARTFORD IV,

        Petitioner,

v.

DAVIS,

        Respondent.

Case No. C19-5771-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #12], recommending that the Court dismiss petitioner's 28 U.S.C. § 2254 habeas corpus petition without prejudice:

(1)     the Magistrate Judge's report and recommendation is ADOPTED;

(2)     petitioner's 28 U.S.C. § 2254 habeas corpus petition is DISMISSED without prejudice for lack of jurisdiction and based on petitioner's failure to comply with a Court order; and

(3)     to the extent the petition also seeks to challenge conditions of confinement, such claims are also dismissed without prejudice and with leave to re-file under 42 U.S.C. § 1983; and

(4)     a Certificate of Appealability is DENIED; and

(5) the Clerk is directed to send copies of this Order to petitioner.

**IT IS SO ORDERED.**

Dated this 15th day of January, 2020.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2